ROSEMARIE T. RING (SBN 220769)
rose.ring@mto.com
JONATHAN H. BLAVIN (SBN 230269)
jonathan.blavin@mto.com
MARIANNA MAO (SBN 318070)
marianna.mao@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

*Attorneys for Defendant Facebook, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NEUTAH OPIOTENNIONE,<br><br>        Plaintiff,<br><br>    vs.<br><br>FACEBOOK, INC.,<br><br>        Defendant. | Case No. 3:19-cv-07185-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Jacqueline S. Corley<br>Date:  July 16, 2020<br>Time:  9:00 AM<br>Ctrm:  E |

This Court, having read and considered Defendant Facebook, Inc.'s ("Facebook") Motion to Dismiss the First Amended Complaint filed by Plaintiff Neutah Opiotennione, as well as other briefing and documents filed with the Court, GRANTS Facebook's motion to dismiss with PREJUDICE. All of Plaintiff's causes of action are hereby dismissed with PREJUDICE.

**IT IS SO ORDERED.**

Dated:

_____        _____
                                                                          The Hon. Jacqueline S. Corley

Submitted by:

MUNGER, TOLLES & OLSON LLP

By:   */s/ Rosemarie T. Ring*
          ROSEMARIE T. RING

Attorneys for Defendant LinkedIn Corporation