Jim Davy (Pa. #321631*)
2362 E. Harold St.
Philadelphia, PA 19125
Tel: 609-273-5008
Email: jimdavy@gmail.com

*pro hac vice forthcoming

Hannah Weinstein (CSB No. 301666)
ROTHNER, SEGALL & GREENSTONE
510 South Marengo Ave.
Pasadena, CA 91101
Tel: (626) 796-7555
Fax: (626) 577-0124
Email: hweinstein@rsglabor.com

Attorneys for Amicus Curiae Upturn

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEUHTAH OPIOTENNIONE, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case Number: 3:19-cv-07185-JSC<br><br>**UPTURN, INC.'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FACEBOOK'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date: July 16, 2020<br>Time: 9:00am<br>Judge: Hon. Jacqueline S. Corley<br>Courtroom: E |

*Amicus Curiae* Upturn respectfully moves this Court for leave to file the accompanying amicus brief in support of Plaintiffs' Opposition, Doc. 39, to Facebook's Motion to Dismiss First Amended Complaint, Doc. 30.

Upturn is a nonprofit organization based in Washington, D.C. that works in partnership with many of the nation's leading civil rights and public interest organizations to promote equity and justice in the design, governance, and use of digital technology. One of Upturn's key priorities is to advance economic opportunity, especially for people in protected classes who have historically suffered discrimination on those bases. Many of those people have had difficulty accessing financial services, in particular, because of discrimination on those bases.

Upturn has an interest in this case because it concerns how digital advertising will affect gender and economic equity. Upturn has unique expertise related to digital advertising and can assist the Court by addressing facts relevant to a core issue of this case without duplicating the arguments of the parties. Moreover, in order to effectively pursue its mission, Upturn has an interest in understanding Section 230's application to the practices at issue in this litigation. Importantly, the underlying tension between Section 230 and the applicability of civil rights laws that regulate marketing bears directly on many major ad platforms.

Facebook's Ad Platform is complex. Upturn's proposed *amicus* brief provides the perspective of uniquely situated technical experts. More specifically, the brief describes how underappreciated technical features of Facebook's Ad Platform protection – its Lookalike Audiences and ad delivery procedures – contribute to unlawfulness under relevant California (or District of Columbia) statutes. These descriptions are critical to proper analysis of Section 230 immunity in this case.

*Amicus* has spent years researching how digital advertising, and Facebook's Ad Platform more specifically, impacts core civil rights protections, especially those related to financial services and housing that depends on access to those services. In the past, Facebook has noted that *amicus* has contributed to a "constructive dialogue" on these matters.[1]

---

[1] In 2016, Upturn urged Facebook to begin automatically classifying ads for housing, credit, and employment in order to enable the adoption of new policies and enforcement mechanisms. In a blog post announcing its adoption of such a system, Facebook acknowledged the feedback of Upturn and other groups. https://newsroom.fb.com/news/2016/11/updates-to-ethnic-affinity-marketing/

UPTURN'S MOT. FOR ADMIN. RELIEF FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* ISO
PLFS' OPP TO FACEBOOK'S MTD 1ST AMENDED COMPLAINT – No. 3:19-cv-07185-JSC        2

*Amicus* recognizes that the intersection of Section 230 and civil rights law presents difficult and important questions. *Amicus* hopes to equip the Court with the best technical understanding of how Facebook's Lookalike Audiences and ad delivery work in practice. These matters are directly relevant to the disposition of the issues before the Court, especially in deciding Facebook's Motion to Dismiss.

WHEREFORE, Upturn respectfully requests that this Court grant it leave to file the proposed, attached *amicus* brief.

Date:  June 26, 2020                     Respectfully submitted,

                                         JIM DAVY (*pro hac vice forthcoming*)

                                         _____/s/ Jim Davy_____
                                         Jim Davy

                                         HANNAH WEINSTEIN
                                         ROTHNER, SEGALL & GREENSTONE

                                         _____/s/ Hannah Weinstein_____
                                         Hannah Weinstein

                                         *Attorneys for Amicus Curiae Upturn*


### ATTESTATION

I, Hannah Weinstein, attest that in conformance with Local Rule 5-1(i)(3), concurrence in the filing of the document has been obtained from each of the other Signatories.


                                         By___/s/ Hannah Weinstein_____
                                              Hannah Weinstein

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on June 26, 2020. I further certify that counsel of record for all parties in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed this 26th day of June, 2020.

/s/ Hannah Weinstein
Hannah Weinstein (CSB No. 301666)
ROTHNER, SEGALL & GREENSTONE
510 South Marengo Avenue
Pasadena, CA 91101
Telephone: (626) 796-7555
Facsimile: (626) 577-0124
E-mail: hweinstein@rsglabor.com