| | |
|---|---|
| JAHAN C. SAGAFI (SBN 224887)<br>OUTTEN & GOLDEN LLP<br>One Embarcadero Center, 38th Floor<br>San Francisco, CA  94111<br>Telephone:     (415) 638-8800<br>Facsimile:      (415) 368-8810<br>Email:  jsagafi@outtengolden.com<br><br>PETER ROMER-FRIEDMAN<br>GUPTA WESSLER PLLC<br>1900 L Street, NW, Suite 312,<br>Washington, DC 20036<br>Telephone:     (202) 888-1741<br>Email:  peter@guptawessler.com<br><br>JASON R. FLANDERS (SBN 238007)<br>AQUA TERRA AERIS LAW GROUP<br>828 San Pablo Ave., Ste. 115B<br>Albany, CA  94706<br>Telephone:     (916) 202-3018<br>Email:  jrf@atalawgroup.com<br>Email:  smkh@atalawgroup.com<br><br>*Additional Counsel for Plaintiff and Proposed Class Members listed below* | ROSEMARIE T. RING (SBN 220769)<br>rose.ring@mto.com<br>JONATHAN H. BLAVIN (SBN 230269)<br>jonathan.blavin@mto.com<br>ELIZABETH A. KIM (SBN 295277)<br>elizabeth.kim@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone:     (415) 512-4000<br>Facsimile:      (415) 512-4077<br><br>*Attorneys for Defendant Facebook, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NEUTAH OPIOTENNIONE,<br><br>             Plaintiff,<br><br>     vs.<br><br>FACEBOOK, INC.,<br><br>             Defendant. | Case No. 3:19-cv-07185-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE** |

Pursuant to Civil L. R. 6-2, Plaintiff Neutah Opiotennione ("Plaintiff") and Defendant Facebook, Inc. ("Facebook") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this Action on October 31, 2019 (ECF No. 1);

WHEREAS, on November 1, 2019, the Action was assigned to this Court (ECF No. 3);

WHEREAS, the Parties have consented to Magistrate Judge Jurisdiction (ECF Nos. 6, 18);

WHEREAS, on March 17, 2020, in light of Plaintiff's intention to file a First Amended Complaint and circumstances related to the Coronavirus, the Court entered the following stipulated schedule proposed by the Parties (ECF No. 29):

Plaintiffs' First Amended Complaint due: March 31, 2020;

Facebook's motion to dismiss First Amended Complaint: May 1, 2020;

Opposition due: May 21, 2020;

Reply due: June 11, 2020;

Hearing and Initial Case Management Conference: July 16, 2020

WHEREAS, on March 31, 2020, Plaintiff filed a First Amended Complaint (ECF No. 30), the Court subsequently amended the briefing schedule on Facebook's motion to dismiss the First Amended Complaint by stipulation of the Parties during the Coronavirus shutdown (ECF Nos. 34, 38, 43), Facebook filed its motion to dismiss the First Amended Complaint on May 8, 2020 (ECF No. 35), Plaintiffs filed their Opposition on June 12, 2020 (ECF No. 39) ("Opposition"); and Facebook's Reply is due on July 17, 2020;

WHEREAS, an amicus brief was filed by Upturn on June 26, 2020 in support of Plaintiff's Opposition  (ECF No. 44), and a second amicus brief was filed by the Lawyers' Committee for Civil Rights Under Law in support of Plaintiff's Opposition on July 10, 2020 (ECF No. 46);

WHEREAS, Facebook consented to the granting of leave to file both amicus briefs;

1    WHEREAS, the Parties have met and conferred and agreed that, subject to the Court's
2    approval, Facebook may have an additional five (5) pages for its Reply and that the schedule
3    should be modified as follows to allow Facebook to respond to amicus briefs:
4    Reply due: July 24, 2020.
5    Hearing and Initial Case Management Conference: August 6, 2020.
6    ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE TO THE
7    FOLLOWING:
8    Subject to the Court's approval, the schedule shall be modified as follows:
9    Reply due: July 24, 2020.
10   Hearing and Initial Case Management Conference: August 6, 2020.

11   DATED: July 10, 2020           Gupta Wessler PLLC

13                                  By: /s/ Peter Romer Friedman
14                                      PETER ROMER FRIEDMAN
                                    Attorneys for PLAINTIFF

17   DATED: July 10, 2020           MUNGER, TOLLES & OLSON LLP

20                                  By: /s/ Rosemarie T. Ring
                                        ROSEMARIE T. RING
21                                  Attorneys for Defendant Facebook, Inc.

23   Additional Counsel for Plaintiff:
24   ADAM T. KLEIN
     MICHAEL LITROWNIK
25   OUTTEN & GOLDEN LLP
     685 Third Avenue, 25th Floor
26   New York, NY 10017
     Telephone: (212) 245-1000
27   Facsimile: (646) 509-2060
     Email: atk@outtengolden.com
28   Email: mlitrownik@outtengolden.com

1

2  WILLIAM MOST (STATE BAR NO. 279100)
   LAW OFFICE OF WILLIAM MOST
3  201 St. Charles Ave., Ste. 114, # 101
   New Orleans, LA 70170
4  Phone: (504) 509-5023
   Email: williammost@gmail.com
5
   MATTHEW K. HANDLEY
6  RACHEL NADAS
   HANDLEY FARAH & ANDERSON PLLC
7  777 6th Street, NW
   Eleventh Floor
8  Washington, DC 20001
9  Phone: (202) 559-2411
   Email: mhandley@hfajustice.com
10

11

12 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13

14

15  DATED:_____     _____
                                      JACQUELINE SCOTT CORLEY
16                                    United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Rosemarie T. Ring, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

        MUNGER, TOLLES & OLSON LLP

        /s/ Rosemarie T. Ring
        ROSEMARIE T. RING
        Attorneys for Defendant Facebook, Inc.