| | |
|---|---|
| Jahan C. Sagafi (State Bar No. 224887)<br>OUTTEN & GOLDEN LLP<br>One California Street, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br>Email: jsagafi@outtengolden.com | Peter Romer-Friedman*<br>GUPTA WESSLER PLLC<br>1900 L Street, NW, Suite 312,<br>Washington, DC 20036<br>Telephone: (202) 888-1741<br>Email: peter@guptawessler.com |
| Adam T. Klein*<br>Michael Litrownik*<br>OUTTEN & GOLDEN LLP<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br>Email: atk@outtengolden.com<br>Email: mlitrownik@outtengolden.com | Jason R. Flanders (State Bar No. 238007)<br>AQUA TERRA AERIS LAW GROUP<br>490 43rd Street<br>Oakland, CA 94609<br>Telephone: (916) 202-3018<br>Email: jrf@atalawgroup.com |
| Pooja Shethji*<br>OUTTEN & GOLDEN LLP<br>601 Massachusetts Ave. NW<br>Suite 200W<br>Washington, DC 20001<br>Telephone: (202) 847-4400<br>Facsimile: (646) 952-9114<br>Email: pshethji@outtengolden.com | Matthew K. Handley*<br>Rachel Nadas*<br>HANDLEY FARAH & ANDERSON PLLC<br>777 6th Street, NW<br>Eleventh Floor<br>Washington, DC 20001<br>Telephone: (202) 559-2411<br>Email: mhandley@hfajustice.com<br>Email: rnadas@hfajustice.com |
| * *pro hac vice* | William Most (State Bar No. 279100)<br>LAW OFFICE OF WILLIAM MOST<br>201 St. Charles Ave., Ste. 114, # 101<br>New Orleans, LA 70170<br>Telephone: (504) 509-5023<br>Email: williammost@gmail.com |

*Attorneys for Plaintiff and Proposed Class Members*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEUHTAH OPIOTENNIONE, on behalf of herself and others similarly situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>FACEBOOK, INC.,<br><br>                    Defendant. | Case No. 3:19-cv-07185-JSC<br><br>**NOTICE OF PLAINTIFF'S OPPOSITION TO FACEBOOK'S RELATED CASE MOTION IN** ***VARGAS V. FACEBOOK, INC.*** |

Plaintiff Neuhtah Opiotennione respectfully submits the following Notice to inform this Court that today she filed an Opposition to Defendant Facebook, Inc.'s Administration Motion to Consider Whether the above-captioned action is related to *Vargas v. Facebook, Inc.*, No. 19-cv-05081-WHO (N.D. Cal.). That opposition brief is attached hereto as Exhibit A. In addition, today the Plaintiffs in *Vargas* also filed an opposition to Facebook's related case motion. Their opposition brief is attached hereto as Exhibit B.

Dated: July 22, 2020

Respectfully submitted,

*/s / Peter Romer-Friedman*

| | |
|---|---|
| Jahan C. Sagafi (State Bar No. 224887) | Peter Romer-Friedman* |
| OUTTEN & GOLDEN LLP | GUPTA WESSLER PLLC |
| One California Street, 12th Floor | 1900 L Street, NW, Suite 312 |
| San Francisco, CA 94111 | Washington, DC 20036 |
| Telephone: (415) 638-8800 | Telephone: (202) 888-1741 |
| Facsimile: (415) 638-8810 | Email: peter@guptawessler.com |
| Email: jsagafi@outtengolden.com | |
| | Jason R. Flanders (State Bar No. 238007) |
| Adam T. Klein* | AQUA TERRA AERIS LAW GROUP |
| Michael Litrownik* | 490 43rd Street |
| OUTTEN & GOLDEN LLP | Oakland CA 94609 |
| 685 Third Avenue, 25th Floor | Telephone: (916) 202-3018 |
| New York, NY 10017 | Email: jrf@atalawgroup.com |
| Telephone: (212) 245-1000 | |
| Facsimile: (646) 509-2060 | Matthew K. Handley* |
| Email: atk@outtengolden.com | Rachel Nadas* |
| Email: mlitrownik@outtengolden.com | HANDLEY FARAH & ANDERSON PLLC |
| | 777 6th Street, NW |
| Pooja Shethji* | Eleventh Floor |
| OUTTEN & GOLDEN LLP | Washington, DC 20001 |
| 601 Massachusetts Ave. NW | Telephone: (202) 559-2411 |
| Suite 200W | Email: mhandley@hfajustice.com |
| Washington, DC 20001 | Email: rnadas@hfajustice.com |
| Telephone: (202) 847-4400 | |
| Facsimile: (646) 952-9114 | William Most (State Bar No. 279100) |
| Email: pshethji@outtengolden.com | LAW OFFICE OF WILLIAM MOST |
| | 201 St. Charles Ave., Ste. 114, # 101 |
| * *pro hac vice* | New Orleans, LA 70170 |
| | Telephone: (504) 509-5023 |
| | Email: williammost@gmail.com |

*Counsel for Plaintiff and the Putative Class*