| | |
|---|---|
| Jahan C. Sagafi (State Bar No. 224887)<br>OUTTEN & GOLDEN LLP<br>One California Street, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br>Email: jsagafi@outtengolden.com<br><br>Adam T. Klein*<br>Michael Litrownik*<br>OUTTEN & GOLDEN LLP<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br>Email: atk@outtengolden.com<br>Email: mlitrownik@outtengolden.com<br><br>Pooja Shethji*<br>OUTTEN & GOLDEN LLP<br>601 Massachusetts Ave. NW<br>Suite 200W<br>Washington, DC 20001<br>Telephone: (202) 847-4400<br>Facsimile: (646) 952-9114<br>Email: pshethji@outtengolden.com<br><br>* *pro hac vice* | Peter Romer-Friedman*<br>GUPTA WESSLER PLLC<br>1900 L Street, NW, Suite 312,<br>Washington, DC 20036<br>Telephone: (202) 888-1741<br>Email: peter@guptawessler.com<br><br>Jason R. Flanders (State Bar No. 238007)<br>AQUA TERRA AERIS LAW GROUP<br>490 43rd Street<br>Oakland, CA 94609<br>Telephone: (916) 202-3018<br>Email: jrf@atalawgroup.com<br><br>Matthew K. Handley*<br>Rachel Nadas*<br>HANDLEY FARAH & ANDERSON PLLC<br>777 6th Street, NW<br>Eleventh Floor<br>Washington, DC 20001<br>Telephone: (202) 559-2411<br>Email: mhandley@hfajustice.com<br>Email: rnadas@hfajustice.com<br><br>William Most (State Bar No. 279100)<br>LAW OFFICE OF WILLIAM MOST<br>201 St. Charles Ave., Ste. 114, # 101<br>New Orleans, LA 70170<br>Telephone: (504) 509-5023<br>Email: williammost@gmail.com |

*Attorneys for Plaintiff and Proposed Class Members*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NEUHTAH OPIOTENNIONE, on behalf of herself and others similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC.,<br><br>             Defendant. | Case No. 3:19-cv-07185-JSC<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Judge: Hon. Jacqueline S. Corley<br><br>Action Filed: October 31, 2019 |

| | | |
|---|---|---|
| 1 | Plaintiff Neuhtah Opiotennione, by and through her attorneys, gives notice that Plaintiff hereby | |
| 2 | voluntarily dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules | |
| 3 | of Civil Procedure. | |
| 4 | As Defendant has filed neither an answer nor a motion for summary judgment in this action, this | |
| 5 | dismissal is effective without a court order. Fed. R. Civ. P. 41(a)(1)(A). | |

Dated: November 2, 2020

Peter Romer-Friedman*
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
Telephone: (202) 888-1741
Email: peter@guptawessler.com

Jason R. Flanders (State Bar No. 238007)
AQUA TERRA AERIS LAW GROUP
490 43rd Street
Oakland CA 94609
Telephone: (916) 202-3018
Email: jrf@atalawgroup.com

Matthew K. Handley*
Rachel Nadas*
HANDLEY FARAH & ANDERSON PLLC
777 6th Street, NW
Eleventh Floor
Washington, DC 20001
Telephone: (202) 559-2411
Email: mhandley@hfajustice.com
Email: rnadas@hfajustice.com

William Most (State Bar No. 279100)
LAW OFFICE OF WILLIAM MOST
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
Telephone: (504) 509-5023
Email: williammost@gmail.com

Respectfully Submitted,

/s/ *Jahan C. Sagafi*
Jahan C. Sagafi (State Bar No. 224887)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
Email: jsagafi@outtengolden.com

Adam T. Klein*
Michael Litrownik*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
Email: atk@outtengolden.com
Email: mlitrownik@outtengolden.com

Pooja Shethji*
OUTTEN & GOLDEN LLP
601 Massachusetts Ave. NW
Suite 200W
Washington, DC 20001
Telephone: (202) 847-4400
Facsimile: (646) 952-9114
Email: pshethji@outtengolden.com

* *pro hac vice*

*Attorneys for Plaintiff and Proposed Class Members*